## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

JOSEPH GRECO, JULES BRODSKY, TODD
J. CHRISTENSON, WILLIAM DICKIE, et al.,

       Plaintiffs,

       vs.

JERRAL "JERRY" WAYNE JONES,
NATIONAL FOOTBALL LEAGUE, DALLAS
COWBOYS FOOTBALL CLUB, LTD., JWJ
CORPORATION, COWBOYS STADIUM,
L.P., COWBOYS STADIUM GP, LLC, and
BLUE & SILVER, INC.,

       Defendants.

Civil Action No. 3:13-CV-1005

---

### APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION TO STAY PROCEEDINGS IN GRECO MATTER PENDING RESOLUTION OF APPEAL IN IBE CASE

      The following evidence is submitted as an Appendix to Plaintiffs' Motion to Stay

Proceedings in the Greco Matter Pending Resolution of the Appeal in the Ibe Case:

| EXHIBIT NO. | DESCRIPTION | PAGES |
|---|---|---|
| A | Declaration of Michael J. Avenatti in Support of Plaintiffs' Motion to Stay Proceedings in the Greco Matter Pending Resolution of the Appeal in the Ibe Case | 3-5 |
| 1 | Mar. 25, 2015 Notice of Appeal in Ibe, et al. v. NFL | 6-12 |

DATED:  April 13, 2015

         s/ Michael J. Avenatti
Michael J. Avenatti
Bar Number:  206929
Ahmed I. Ibrahim
Bar Number:  238739
EAGAN AVENATTI, LLP
450 Newport Center Drive, Second Floor
Newport Beach, CA 92660
E-Mail:       mavenatti@eaganavenatti.com
              aibrahim@eaganavenatti.com
Telephone:   949-706-7000
Facsimile:    949-706-7050

and

         s/ Christopher S. Ayres
Christopher S. Ayres
Texas Bar No. 24036167
R. Jack Ayres, Jr.
Texas Bar No. 01473000
LAW OFFICES OF R. JACK AYRES, JR., P.C.
4350 Beltway Drive
Addison, Texas 75001
E-Mail:       csayres@ayreslawoffice.com
Telephone:   972-991-2222

# Exhibit 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| JOSEPH GRECO, JULES BRODSKY, TODD J. CHRISTENSON, WILLIAM DICKIE, et al., | |
| Plaintiffs, | Civil Action No. 3:13-CV-1005 |
| vs. | |
| JERRAL "JERRY" WAYNE JONES, NATIONAL FOOTBALL LEAGUE, DALLAS COWBOYS FOOTBALL CLUB, LTD., JWJ CORPORATION, COWBOYS STADIUM, L.P., COWBOYS STADIUM GP, LLC, and BLUE & SILVER, INC., | |
| Defendants. | |

**DECLARATION OF MICHAEL J. AVENATTI IN SUPPORT OF PLAINTIFFS' PLAINTIFFS' MOTION TO STAY PROCEEDINGS IN *GRECO* MATTER PENDING RESOLUTION OF APPEAL IN *IBE* CASE**

I, Michael J. Avenatti, declare as follows:

1.      I am an attorney at Eagan Avenatti, LLP and counsel of record for Plaintiffs Joseph Greco, Jules Brodsky, Todd J. Christenson, William Dickie, et al. (collectively, "Plaintiffs") in this action.  I submit this declaration in support of Plaintiffs' Motion to Stay Proceedings in the Greco Matter Pending Resolution of the Appeal in the Ibe Case.

4

EXHIBIT 1

2.      Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiffs' Mar. 25, 2015 Notice of Appeal in Ibe, et al. v. NFL.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 13th day of April, 2015, in Newport Beach, California.


_____/s/  Michael J. Avenatti_____
MICHAEL J. AVENATTI

# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRUCE IBE, JASON MCLEAR, ROBERT FORTUNE, DEAN HOFFMAN, KEN LAFFIN, DAVID WANTA, and REBECCA BURGWIN,<br><br>     Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE,<br><br>     Defendant. | Civil Action No. 3:11-CV-00248 M |

## NOTICE OF APPEAL

EXHIBIT A

Case 3:11-cv-00248-M  Document 458  Filed 03/25/15  Page 2 of 4  PageID 15815

Notice is hereby given that Plaintiffs Bruce Ibe, Ken Laffin, David Wanta, Robert Fortune, Dean Hoffman, Jason McLear, and Rebecca Burgwin hereby appeal in the above-named case to the United States Court of Appeals for the Fifth Circuit from (1) the Judgment (entered March 25, 2015; docket entry ("D.E.") 456), (2) the Orders on Plaintiffs' Motion for Case Management Order Restricting Defendants from Engaging in Improper Communications With Unnamed Class Members (entered March 1, 2011; D.E. 33, *see also* D.E. 29, 34), (3) the Memorandum Opinion and Order on Defendants' Motion to Dismiss Consolidated Complaint and Plaintiffs' Motion to Strike (entered November 30, 2011; D.E. 66), (4) the Memorandum Opinion and Order on the National Football League's Motion to Dismiss All Tort Claims in Plaintiffs' Consolidated First Amended Complaint and the Cowboys Defendants' Motion to Dismiss (entered July 19, 2012; D.E. 89), (5) the Order Granting Third-Party Charlotte Jones Anderson's Emergency Motion to Quash and for Protective Order and Granting Third-Party Brett Daniel's Emergency Motion to Quash and for Protective Order (entered February 19, 2013; D.E. 175), (6) the Memorandum Opinion and Order on Plaintiffs' Motion for Class Certification (entered July 9, 2013; D.E. 269), (7) the Memorandum Opinion and Order on Defendant National Football League's Motion for Partial Summary Judgment and Motion for Partial Dismissal for Lack of Subject Matter Jurisdiction (entered September 30, 2014; D.E. 325), (8) the Order on Non-Party Stephen Jones' Motion to Quash and for Protective Order (entered March 5, 2015; D.E. 430); (9) the Court's Charge to the Jury (entered March 11 or 12, 2015; D.E. 446), and (10) the Court's Order on Defendant National Football League's Motion for Judgment as a Matter of Law Pursuant to Federal Rule of Civil Procedure 50(a) (entered orally on the record on March 10, 2015).

1

Dated:  March 25, 2015

By:  ___s/ Christopher S. Ayres_____
Christopher S. Ayres
Texas Bar No. 24036167
R. Jack Ayres, Jr.
Texas Bar No. 01473000
AYRES LAW OFFICE, PC
4350 Beltway Drive
Addison, Texas 75001
E-Mail:       csayres@ayreslawoffice.com
Telephone:   972-991-2222
Facsimile:    972-386-0091

By:  ___/s/ Michael J. Avenatti_____
Michael J Avenatti
California Bar Number:  206929
Ahmed Ibrahim (*Pro Hac Vice*)
California Bar Number:  238739
EAGAN AVENATTI, LLP
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
E-Mail:       mavenatti@eaganavenatti.com
              aibrahim@eaganavenatti.com
Telephone:   949-706-7000
Facsimile:    949-706-7050
**CO-LEAD COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this filed pleading is being served upon all counsel of record through the Court's ECF delivery system, as provided by the Local Rules at or shortly after the time and date of filing.

DATED: March 25, 2015

s/ Christopher S. Ayres

Christopher S. Ayres
Texas Bar No. 24036167
R. Jack Ayres, Jr.
Texas Bar No. 01473000
AYRES LAW OFFICE, PC
4350 Beltway Drive
Addison, Texas 75001
E-Mail:        csayres@ayreslawoffice.com
Telephone:   972-991-2222
Facsimile:    972-386-0091


s/ Michael J. Avenatti

Michael J. Avenatti (*Pro Hac Vice*)
Bar Number: 206929
E-Mail:        mavenatti@eaganavenatti.com
Ahmed Ibrahim (*Pro Hac Vice*)
Bar Number: 238739
E-Mail:        aibrahim@eaganavenatti.com
EAGAN AVENATTI, LLP
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Telephone:   949-706-7000
Facsimile:    949-706-7050

1

**Gina A. Melo**

| | |
|---|---|
| **From:** | ecf_txnd@txnd.uscourts.gov |
| **Sent:** | Tuesday, March 31, 2015 5:49 AM |
| **To:** | Courtmail@txnd.uscourts.gov |
| **Subject:** | Activity in Case 3:11-cv-00248-M Simms v. Jones et al USCA Case Number |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

This is an automatic e-mail message generated by the CM/ECF system. **Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.

**U.S. District Court**

**Northern District of Texas**

**Notice of Electronic Filing**

The following transaction was entered on 3/31/2015 at 7:48 AM CDT and filed on 3/31/2015
**Case Name:**      Simms v. Jones et al
**Case Number:**    3:11-cv-00248-M
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**USCA Case Number 15-10242 for [458] Notice of Appeal, filed by David Wanta, Bruce Ibe, Jason McLear, Dean Hoffman, Rebecca Burgwin, Robert Fortune, Ken Laffin. (svc)**

**3:11-cv-00248-M Notice has been electronically mailed to:**

George W Bramblett, Jr george.bramblett@haynesboone.com, brenda.stacks@haynesboone.com, sue.hamilton@haynesboone.com

Jeff Kaplan jkaplan@jamsadr.com, jstephenson@jamsadr.com

1

R Jack Ayres, Jr (Terminated) rjayres@ayreslawoffice.com, csayres@ayreslawoffice.com

Jeffrey M Goldfarb jgoldfarb@goldfarbpllc.com, aaitan@goldfarbpllc.com, kkoshkin@goldfarbpllc.com, mgauidoso@goldfarbpllc.com, schurch@goldfarbpllc.com

Levi G McCathern, II lmccathern@mccathernlaw.com, receptionist@mccathernlaw.com

David W Dodge DDodge@GPM-law.com, david@Dodgefirm.com

Charles W Branham, III tbranham@dobllp.com, cchandler@dobllp.com, ncedillo@dobllp.com, trey_branham@yahoo.com

R Thaddeus Behrens thad.behrens@haynesboone.com, kimberly.dean@haynesboone.com

Paul A Grinke receptionist@mccathernlaw.com, dlara@mccathernlaw.com, pgrinke@mccathernlaw.com, skey@mccathernlaw.com

Christopher S Ayres (Terminated) csayres@ayreslawoffice.com, bcyelverton@ayreslawoffice.com, bkemph@ayreslawoffice.com, cespinoza@ayreslawoffice.com, djhawks@ayreslawoffice.com

Hamilton Philip Lindley hlindley@dunnamlaw.com, tonya@dunnamlaw.com

Daniel H Gold daniel.gold@haynesboone.com, elaine.hadaway@haynesboone.com

Jesse David Hoffman jhoffman@mccathernlaw.com, ccarter@mccathernlaw.com, receptionist@mccathernlaw.com

Hossain Arnold Shokouhi arnolds@mm-llp.com, ccarter@mm-llp.com, mlloyd@mccathernlaw.com, receptionist@mm-llp.com

Jonathan D Pressment jonathan.pressment@haynesboone.com

Michael J Avenatti (Terminated) mavenatti@eaganavenatti.com, ccolorado@eaganavenatti.com, gmelo@eaganavenatti.com, jregnier@eaganavenatti.com, kmosby@eaganavenatti.com, myusuf@eaganavenatti.com

Jason M Frank (Terminated) jfrank@eoalaw.com, jregnier@eoalaw.com, kmosby@eoalaw.com, mnowowiejski@eoalaw.com

Lisa A Wegner (Terminated) lwegner@eoalaw.com, jregnier@eoalaw.com, kmosby@eoalaw.com, mnowowiejski@eoalaw.com

Ahmed Ibrahim (Terminated) aibrahim@eoalaw.com, jregnier@eoalaw.com, kmosby@eoalaw.com

Farbod Farnia ffarnia@mccathernlaw.com

Andrew Stolper astolper@eaganavenatti.com

**3:11-cv-00248-M The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will serve notice of court Orders and Judgments by mail as required by the federal rules. An attorney/pro se litigant is cautioned to carefully follow the federal rules (see FedRCivP 5) with**

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this filed pleading is being served upon all counsel of record through the Court's ECF delivery system, as provided by the Local Rules at or shortly after the time and date of filing.

DATED:  April 13, 2015

                  s/ Michael J. Avenatti
Michael J. Avenatti
California Bar Number:  206929
Ahmed I. Ibrahim
California Bar Number:  238739
EAGAN AVENATTI, LLP
450 Newport Center Drive, Second Floor
Newport Beach, CA 92660
E-Mail:        mavenatti@eaganavenatti.com
               aibrahim@eaganavenatti.com
Telephone:   949-706-7000
Facsimile:    949-706-7050

and

            s/ Christopher S. Ayres
Christopher S. Ayres
Texas Bar No. 24036167
R. Jack Ayres, Jr.
Texas Bar No. 01473000
LAW OFFICES OF R. JACK AYRES, JR., P.C.
4350 Beltway Drive
Addison, Texas 75001
E-Mail:        csayres@ayreslawoffice.com
Telephone:   972-991-2222