UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSEPH GRECO, JULES BRODSKY, TODD J. CHRISTENSON, WILLIAM DICKIE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JERRAL "JERRY" WAYNE JONES, NATIONAL FOOTBALL LEAGUE, DALLAS COWBOYS FOOTBALL CLUB, LTD., JWJ CORPORATION, COWBOYS STADIUM, L.P., COWBOYS STADIUM GP, LLC, and BLUE & SILVER, INC., <br><br> Defendants. | Civil Action No. 3:13-CV-1005 |

**PLAINTIFFS' CERTIFICATE OF CONFERENCE RE: MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE APPEAL IN THE RELATED *IBE* MATTER**

## CERTIFICATE OF CONFERENCE

In accordance with Local Civil Rule 7.1(a) & (b), I hereby certify that Plaintiffs' counsel reached out to counsel for the NFL in an attempt to meet and confer regarding the relief sought in this motion. On April 13, 2015, prior to Plaintiffs' filing of this motion, counsel for the NFL confirmed that the NFL is opposed to the motion.

                                                     /s/ Michael J. Avenatti
                                                     Michael J. Avenatti

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of this filed pleading is being served upon all counsel of record through the Court's ECF delivery system, as provided by the Local Rules at or shortly after the time and date of filing.

                                        /s/ Michael J. Avenatti
                                        Michael J. Avenatti