# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| JOSEPH GRECO, et al., | ) |
|     Plaintiffs, | ) |
| v. | ) No. 3:13-CV-1005-M |
| NATIONAL FOOTBALL LEAGUE, | ) |
|     Defendant. | ) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation [ECF No. 232] of the United States Magistrate Judge Paul D. Stickney. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the claims of plaintiffs William Breseman, Justin Junda, Michael Kramer, Raymond Niro, Phoenix Beverages, and Mark Turner are **DISMISSED WITH PREJUDICE.**

**SO ORDERED** this 8th day of May, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE